**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1065

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

versus

DIRECTOR OF THE OFFICE OF PERSONNEL
MANAGEMENT,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge; J. Frederick Motz, District Judge. (1:06-cv-03462-JFM)

Submitted: July 18, 2007          Decided: August 15, 2007

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order dismissing his action seeking relief under the Freedom of Information Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wilder v. Director of the Office of Pers. Mgmt., No. 1:06-cv-03462-JFM (D. Md. Jan. 17, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED